1
2
3
4                                                          **JS-6**
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **CENTRAL DISTRICT OF CALIFORNIA**
10
11   JUAN FRANCISCO LUIS,                    Case No. 5:24-cv-01518-HDV-MAA
12                          Petitioner,
13           v.                             **JUDGMENT**
14   J. DOERER,
15                          Respondent.
16   _____

17          Pursuant to the Order Accepting Report and Recommendation of the United
18   States Magistrate Judge,
19          IT IS ORDERED AND ADJUDGED that the Petition is denied and the
20   action is dismissed with prejudice.
21
22   DATED:  _6/30/25_____
23
24                                    _____
25                                    HONORABLE HERNÁN D. VERA
                                     UNITED STATES DISTRICT JUDGE
26
27
28